IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOSHUA STRICKLIN**                                                                                 **PLAINTIFF**
**ADC #138119**

v.                            **No: 5:18-cv-00116 KGB-PSH**

**WHITE,** *et al.*                                                               **DEFENDANTS**

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Joshua Stricklin filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on May 9, 2018 (Doc. No. 1). On May 10, 2018, the Court entered an order directing Stricklin to submit the full $400.00 filing and administrative fees or file a fully completed and signed IFP application within 30 days. *See* Doc. No. 2. Stricklin was cautioned that failure to comply with the Court's order within that time would result in the recommended dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2).

More than 30 days have passed, and Stricklin has not complied or otherwise responded to the May 10 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT Stricklin's complaint (Doc. No. 1) be DISMISSED WITHOUT PREJUDICE.

DATED this 13th day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE