IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA STRICKLIN					PLAINTIFF
ADC #138119

v.			Case No: 5:18-cv-00116 KGB-PSH

WHITE, *et al.*					DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 3). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court therefore dismisses without prejudice Mr. Stricklin's complaint (Dkt. No. 1).

It is so ordered, this the 11th day of July 2019.

Kristine G. Baker
United States District Judge