IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA STRICKLIN                                                                    PLAINTIFF
ADC #138119

v.                         Case No: 5:18-cv-00116 KGB-PSH

WHITE, *et al.*                                                                     DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, it is considered, ordered, and adjudged that this action is dismissed without prejudice.

So adjudged this the 11th day of July 2019.

                                            Kristine G. Baker
                                            United States District Judge